# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Juan Antonio Leggette                                  Docket No. 7:13-CR-122-1BR

**Petition for Action on Probation**

  COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Juan Antonio Leggette, who, upon an earlier plea of guilty to Theft of Personal Property, 18 U.S.C. § 661, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on August 4, 2014, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.
3. The defendant shall provide the probation office with access to any requested financial information.
4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.
4. The defendant shall not go on or enter Camp Lejeune or New River Military Reservations during the probationary term.
5. The defendant shall pay a special assessment of $100.00 and restitution of $22,668.70. Payment of special assessment and restitution shall be due and payable in full immediately. However, if the defendant is unable to pay in full immediately, the court, having considered the defendant's financial resources and ability to pay, orders that any balance owed at commencement of probation shall be paid in installments of $400.00 per month to begin 60 days after the date of this judgment. During the defendant's probation period, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

  The probationer is currently being supervised in the Eastern District of Virginia. Shortly after his probation commenced, the probationer was laid off from his job, which caused a significant decrease in his monthly income. The probation officer assessed his living expenses and determined that the probationer would struggle to make restitution payments of $400.00 per month. Therefore, the supervising probation officer is requesting that the court ordered payment schedule be reduced from $400.00 to $200.00 per month.

Juan Antonio Leggette
Docket No.  7:13-CR-122-1BR
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall pay his $100.00 special assessment and $22,668.70 restitution, in monthly installments of not less than $200.00, until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone:  910-815-4857
Executed On:  October 30, 2014

**ORDER OF COURT**

Considered and ordered this ___3___ day of __November__, 2014, and ordered filed and made a part of the records in the above case.